CM/ECF oscppcc
(Rev. 12/28/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Jermellody Seaton | ) | Case No.: 19−12147−JDW |
|         Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

### ORDER SCHEDULING SHOW CAUSE HEARING FOR FAILURE TO OBTAIN PRE−PETITION CREDIT COUNSELING

11 U.S.C. §109(h)(1) provides that an individual may not be a debtor unless such individual has, during the 180−day period **preceding** the date of the filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency an individual or group briefing that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

A debtor may obtain a 30 day exemption from the pre−petition credit counseling requirement of 11 U.S.C. §109(h)(1) by submitting to the court a certification which, satisfactorily to the court, describes exigent circumstances that merit a waiver of the credit counseling requirement and states that the debtor requested credit counseling services pre−petition but was unable to receive same within seven (7) days of making the request.

The certification (or motion) of exigent circumstances submitted by the debtor in this case has previously been found to be unsatisfactory by the court.

Jermellody Seaton

THE COURT HEREBY ORDERS AND DIRECTS the above named debtor(s) to appear before this court at the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655 on 6/25/19 at 01:30 PM to **show cause why this case should not be dismissed for failure to obtain pre−petition credit counseling as required by 11 U.S.C. §109(h)(1). Failure of the debtor(s) to so appear will result in dismissal of the case by default.**

Dated: 5/23/19

Jason D. Woodard
Judge, U.S. Bankruptcy Court